The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ABIDEMI RUFAI<br>a/k/a Sandy Tang,<br><br>Defendant. | CASE NO. 3:21-CR-05186-BHS<br>3:21-MJ-05101-DWC-BHS<br><br>**GOVERNMENT'S SUBMISSION OF SUPPLEMENTAL MATERIALS IN SUPPORT OF MOTION FOR REVIEW OF RELEASE ORDER** |

In support of the government's Motion for Review of Release Order [Dkt. 9], the government submits the following:

A. Transcripts of defendant Abidemi Rufai's detention hearings in the Eastern District of New York on Wednesday, May 19, 2021 (Ex. A) and Friday, May 21, 2021 (Ex. B.);

B. Public report of Rufai's connections with prominent Nigerian government officials, including his role as Deputy Director-General of a Nigerian state governor's last election campaign (Ex. C at 4); and

C. Documents showing an additional prior conviction for Idris Soyemi (Ex. D), the husband of the named surety for Rufai's bond and co-owner of the residence were Rufai has been ordered to reside. On August 12, 2013, Soyemi

Government's Submission of Supplemental Materials
in Support of Motion for Review of Release Order - 1
*United States v. Rufai* – 3:21-CR-05186-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pled guilty to New Jersey state charges of conspiracy and wrongful impersonation, in connection with what was publicly reported to be a multimillion-dollar credit card fraud scheme that had nearly 1,000 victims. Less than a year later, on March 31, 2014, he pled guilty to a separate and unrelated federal wire fraud charge discussed in the government's motion.

DATED: May 27, 2021.

Respectfully submitted:
TESSA M. GORMAN
Acting United States Attorney

*s/ Cindy Chang*
CINDY CHANG
SETH WILKINSON
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

Government's Submission of Supplemental Materials
in Support of Motion for Review of Release Order - 2
*United States v. Rufai* – 3:21-CR-05186-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970