**Criminal Cases: PROMIS/Gavel Public Access: Charge/Disposition**

 Page: 1

**Indictment/Accusation Detail**

```
CASE NUMBER     : 13001033                              DEFENDANT NO : 031
DEFENDANT NAME : SOYEMI              IDRIS
```

```
IND/ACC NO      : 13-08-00559-A   CHARG DOC: ACCUSATION         COUNT:   001
CHARGE COUNT    : 001      CRIME TYPE : INDICTABLE OFFENSE   DEGREE : 2
PRIMARY STATUTE: 2C:5-2A          CONSPIRACY - AGREE/ENGAGE AID IN COND CONSIT
   AUX STATUTE: 2C:21-17A(1)      IDENTITY CRIME-IMPERSONATION
DRUG TYPE       :                                OFFENSE DATE : 00 00 0000
CDR NUMBER      : W  20135856080907      CDR ISS DATE: 00 00 0000
CDR REC DATE    : 00 00 0000    POLC CASE NO :           MUNIC DOC :

INTERFACE IND :
CHARGE COMMENTS:
CHG DISP IND    : Y              CHG DISP DATE: 08 12 2013

CHARGE ACTION  : GUILTY
APPEALED IND    :                        RETRAXIT CODE:
CHANGE STATUTE :
CHG AUX STATUTE:
PROSECUTOR      : HERNANDEZ           LEO          CHANGE DEGREE : 0
```

**Copyrighted © 2007 - New Jersey Judiciary**
BUILD 2021.0.0.00.03



**Criminal Cases: PROMIS/Gavel Public Access: Aggregate Sentence**

     Page: 1

```
                          Prior Fees              Additional Fees

 CASE NUMBER    : 13001033                              DEF SEQ NO: 031
 DEFENDANT NAME: SOYEMI            IDRIS          SENTENCE SEQ NO: 001

 CHARGING DOC  : ACCUSATION                 CDR NO:             0000
 CHARGE COUNT  : 001    STATUTE : 2C:21-17A(4)    IND/ACC NO : 13-08-00559-A
 STATUTE       : IDENTITY CRIME-REP SELF AS ANOTHER-VAL 75000+/5+ VIC
 STATUTE DEG   : SECOND DEGREE         SENTENCE CONT : AGGREGATE SENTENCE
 SENTENCE DISP : INCARCER GENERAL    JAIL DAYS: 0132   INCAR LENGTH: 004Y00M000

 PLACE SENTENCE: CARE COMMISS/CORR     GAP: 0000  PRIOR SVC: 0000 ROSADO: 000
 PAROLE INELIG : 00Y00M000   PAROLE SUPERVISION: 00Y00M000   CSL/PSL   :
 PROBATION TIME: 00Y00M   COMM SERV HR: 0000    LICENSE SUSP : 000

 SENTENCE DATE : 10 11 2013
 JUDGE         : ISABELLA         JOSEPH       RO-1 :    RO-2 :

    ------------------------------FEES AND FINES---------------------------------
  SNSF :      75.00   LETF :      30.00   VCCA :      100.00
  LAB  :              DESI :              :                :
       :              :                   :                :
       :              :                   :                :
```

**Copyrighted © 2007 - New Jersey Judiciary**
BUILD 2021.0.0.00.03

https://www.nj.com/hudson/2013/04/brooklyn_man_charged_in_multi-.html

# Another suspect in multimillion-dollar identity theft case appears in Jersey City courtroom, held on $1M bail

Updated Jan 17, 2019; Posted Apr 19, 2013

**By [Anthony J. Machcinski/The Jersey Journal](#)**

Another suspect in the [multimillion-dollar](#) credit card fraud scheme that officials say had nearly 1,000 victims appeared in a Hudson County courtroom today.
Idris Soyemi, 25, of Brooklyn was charged with 31 others early this month, accused of being a part of a credit card fraud ring that grossed millions of dollars and involved victims from across the country.

Soyemi appeared in Central Judicial Processing court in Jersey City this afternoon via videolink from the Hudson County jail.

His bail had already been set at $1 million, cash or bond, by state Superior Court Judge Joseph Isabella.

Twenty-one of the suspects appeared in Central Judicial Processing court earlier this month.

The seven-month probe culminated with the execution of a series of arrests and search warrants on April 3 across New Jersey, Queens, Brooklyn and Long Island. The probe involved several law enforcement agencies working with the Hudson County Prosecutor's Office.

The Prosecutor's Office first got involved in the investigation early last fall when it received numerous complaints from victims as far away as California claiming that credit cards in their name were used to make fraudulent retail purchases in Hudson County.

Soyemi is charged with theft by deception, wrongful impersonation and conspiracy, a criminal complaint states.