The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ABIDEMI RUFAI<br>a/k/a Sandy Tang,<br><br>Defendant. | CASE NO. CR21-5186BHS<br><br>**DETENTION ORDER** |

On May 21, 2021, Magistrate Judge Ramon Reyes of the United States District Court for the Eastern District of New York issued an order releasing the defendant on conditions described in that order. The government has moved for review of the release order pursuant to 18 U.S.C. § 3145(c).

The Court has conducted a *de novo* review of the release order and finds that the defendant poses a serious risk of nonappearance, in addition to the findings made at the hearing on June 25, 2021, and that no condition or combination of conditions can reasonably assure the defendant's appearance as required. This finding is based on the Court's consideration of: (1) the history and circumstances of the defendant; (2) the nature and circumstances of the offenses charged; (3) the weight of the evidence; and (4) the nature and seriousness of the danger to any person or the community that would be

United States v. Rufai
Detention Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

posed by the defendant's release.  In consideration of these factors, and for the reasons described in the government's Motion for Review of Release Order, the Court orders as follows:

The defendant shall be committed to the custody of the United States Marshal for the Eastern District of New York, who shall transport the defendant to the United States Marshal for the Western District of Washington;

Upon arrival in this District, the defendant shall be produced for an initial appearance before this Court, and shall then be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentenced or being held in custody pending appeal;

The defendant shall be afforded reasonable opportunity for private consultation with counsel; and

The defendant shall on order of a court of the United States or on request of an attorney for the government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 25th day of June 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

United States v. Rufai
Detention Order -2

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970