THE HONORABLE JUDGE
BENJAMIN SETTLE

Your Honor I apologise without reservation or restraint because my actions are outrageous and inexcusable, saying sorry doesn't seem like enough but you deserve to hear it Your Honor. I want to apologise to the people of this Evergreen state called Washington for my actions, most importantly my victims. What happened in this country from 2020 till this date will not be forgotten in the next five decades due to all the people we lost in this country in the hands of Covid-19.

Your Honor I am taking full responsibilities for my stupid actions and I hope the people of this beautiful state will find a place in their heart to forgive me for Christ's sake. I grew up in a family that loves education so much which is like a competition among my siblings but I lost my father 24 years ago while I was growing up and it was at a time I was struggling to gain admission into the University and that was when I started going through financial difficulties. I finally got admitted into University to study (Industrial And Labor Relations) but I lost focus when I started gambling with my friends in school. I lost almost everything but I was in and out of menial jobs just to pay my fees to get through University which I was able to do.

EXHIBIT A

I came out of University with a very good grade but the society I came from you must be connected or know someone in the government before you can get a good pay job, I was also in and out of jobs, but my addiction to gambling still messed me up financially. After I got married all my burden increased because I had to take care of my wife, my younger siblings and my sick mother that all depended on me. Your Honor, I had so many people that looked up to me in my society, however all these things I was going through should not be excuses for me to steal or take what doesn't belong to me inappropriately.

Your Honor I am so sorry for my actions and I regret ever making such decisions. I also regret all the time I have lost with my little kids and my supportive wife and also my sick mum. Your Honor, I am now a rehabilitated man that is ready to live a crime free life and also be a responsible man to my family and my community as a whole. I am ashamed of my actions because I have betrayed the trust given to me by my people from my constituency and also the trust given to me by my former boss the Governor of my state to represent my community at the state government level. No matter what I become in future this record will hunt me for life but now

I am ready to make the corrections of my mistakes and also to guide my kids to the right path so they don't make such mistakes I made.

Your Honor please forgive me and tamper mercy with justice because I believe you are a kind and a good father that can forgive a prodigal son when he ask for forgiveness. I also believe United State of America has the most compassionate and the best justice system in the world. I have sat down and thought of what I want to do when I leave prison, I have decided to further more to have my 3rd degree to study Business Law so I can have more experience in ethics of business legality, I have also been advising and helping lots of inmates on how to setup a legitimate business after prison life so we can be useful to ourselves and our family.

Your Honor once again I am sorry for my actions and also my sincere apology goes to all those who have suffered as a consequences of my actions. I am now a ~~totally~~ totally a changed and responsible man with a good character which the prison authorities can testify to. Your Honor I have little kids to take care of and they need their father at this time that political and social unrest is going on in Nigeria and I am really worried about them.

Your Honor please take me a son that is asking for second chance to write a good story about my life, Your Honor kindly give me this chance to be able to write in my memoir the THE HONORABLE JUDGE BENJAMIN SETTLE gave me a second chance to be a better man and a rehabilitated man. Thank you Your Honor for taking out of your precious time to read my apology and acceptance letter.

God Bless Your Honor
Long Live Your Honor