JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. CR21-5186BHS |
| vs. ) | |
| ) | LETTERS IN SUPPORT AND |
| RUFAI ABIDEMI, ) | PHOTOGRAPHS |
| a/k/a Sandy Tong ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the defendant, Rufai Abidemi, by and through his attorney, Lance M. Hester of the Hester Law Group, Inc., P.S., and submits the following.

Attached hereto are letters and photographs submitted on behalf of Mr. Abidemi that the Court is asked to consider at the time of sentencing in the above-captioned case.

RESPECTFULLY SUBMITTED this 19th day of September, 2022.

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

By: /s/ Lance M. Hester
LANCE M. HESTER
WSB #27813

**EXHIBIT C**

Letters in Support - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

## CERTIFICATE OF SERVICE

Lee Ann Mathews, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Rufai Abidemi, defendant.

Signed at Tacoma, Washington this 19th day of September, 2022.

 _/s/ Lee Ann Mathews_
 LEE ANN MATHEWS




# EGBE BOBAMAYEGUN OKUNRIN AKILE IJEBU
## (1974-1976)

**O GUN REGE**

Honourable Judge,
Benjamin Settle,
United State of America.

29th June, 2022

Dear Judge,

## HUMBLE PLEA ON BEHALF OF MAYEGUN ABIDEMI GANIU RUFAI

We the members of the above named great Egbe in Akile Ijebu land hereby write in respect of our bonafide and illustrious member, Mayegun Abidemi Ganiu Rufai who is facing a trial over his misdeeds in the United State of America.

The Egbe is an age group of Ijebu Sons in Ogun State of Nigeria which has been in existence for the past ten (10) years towards the progress of the age group and that of Ijebu land in general. Mayegun Abidemi Ganiu Rufai is one of the foremost and founding members of the group and also an honorary title holder **"Chief Balogun"** of the age group. He has been of great support to the developmental projects embarked by the group over the years and also been helpful in assisting the indigent members of the group by paying for their children school fees and equally supports their businesses through his philanthropic programmes.

Mayegun Abidemi Ganiu Rufai has been of good standing and of tremendous support to the members of the group and that of Ijebu land in general whom many of the members always look up to for one support or the other most of the time.

Having said all these above, we believed that Mayegun Abidemi Ganiu Rufai has learnt his lesson over this and has regretted his actions which led him to this incarceration. He has sincerely promised to desist from further crime and has turned a new leaf in order to live a crime free life till eternity. He is now a reformed and religious person to the fullness.



| | |
|---|---|
| 57 Ibadan Road | Address |
| Ijebu-Ode, Ogun State, Nigeria | |
| +234 705 770 0011, +234 805 564 9722 | Phone |
| bobamayegunokunrin@gmail.com, info@bobamayegun.com | Email |
| www.bobamayegun.com | Website |



# EGBE BOBAMAYEGUN OKUNRIN AKILE IJEBU
## (1974-1976)



**O GUN REGE**

In view of the above, we are pleading to you the Honourable Judge to please temper justice with mercy regarding his sentencing while the entire members of our great Egbe Bobamayegun Okunrin Akile Ijebu will appreciate your kind gesture on our humble plea while we continue to hold Mayegun Abidemi Ganiu Rufai to a new life that is free of criminal act.

Thank you and God bless.

Yours faithfully,

Mayegun Adebayo Ajetunmobi
General Secretary
For: The Egbe



57 Ibadan Road  **Address**
Ijebu-Ode, Ogun State,
Nigeria
+234 705 770 0011, +234 805 564 9722  **Phone**
bobamayegunokunrin@gmail.com, info@bobamayegun.com  **Email**
www.bobamayegun.com  **Website**

604 Phillips Street
Etto Texas
8634
6-10-2022

Lance Hester
Hester Law Group Inc
1008 South Yakima Ave
Suite 302
Tacoma WA 98405

Your Honor: Judge Benjamin Settle

I Ibrahim Keye Ajadi is writing to urge leniency in the sentencing of my cousin Rufai Abidemi. I have known Rufai Abidemi for more than 30 years since we were living in Ibadan Oyo state Nigerian. We are both aware of the gravity of the crime he was convicted of, but it is still very hard for me to wrap my head around. This is not the man I know. I will like to give you perspective that shows that he is more than the sum of the crime he committed.

Rufai Abidemi has always been there for me and my family. We went to the same college. Olabisi Onabanjo University and helped me with my school works. I honestly dont think I would have gotten through school without him.

I am very familiar with the circumstances he grew up in including loosing his dad at a very

young age and still make sure he help his mother with her trade to fund his education. It was a horrible environment for any child and Rufai Abidemi is amazingly resilient to have even survived it to this day.

As you all know this is not only Rufai Abidemi first conviction, but his first ~~Offense~~ Offense. Given his otherwise clean record, but in Nigeria and America as well as his close ties to his community and family I strongly believe that a lesser sentence is most appropriate in this situation.

Yours Sincerely
Ibrahim Kaye Ajadi
06 - 10 - 2022.

# OMO MAYODELE EDUCATIONAL FOUNDATION
...a shoulder to lean on

Our Ref: _____    Your Ref: _____    Date: 14th July, 2022

Honorable Judge,

Benjamin Settle,

United State of America.

Dear Sir,

## LETTER OF COMPASSION FOR OUR FOUNDER- MR. ABIDEMI RUFAI

We write on behalf of our founder Mr. Ganiu Abidemi Rufai. He founded the Omo Mayodele Global foundation to cater for the indigent students in his hometown of Ijebu Ode and its environs. This foundation was started over 10 years ago. The foundation pays the school fees of 100 indigent students in primary schools yearly. It provides school bags, shoes and writing materials for 500 students yearly. It also provides examination fees for 50 indigent students graduating from high school yearly. He has been funding all this over the years.

The unfortunate event of his arrest has deeply affected the support he has been rendering to these indigent students within the community through the foundation. Our founder has regretted his action which led to his arrest and has promised to be of good behavior going forward.

On behalf of over 500 indigent students who he has been supporting over the years with his foundation we want to seek your mercy regarding his sentencing by tempering justice with mercy.

The indigent students look up to him for support regarding their education.

We would be incredibly grateful if his sentencing could be very minimal for him to continue his philanthropic gestures.

Thank you.

*[signature]*

For: Omo - Mayodele Global Foundation

# IJEBU YOUTH
## DEVELOPMENT ASSOCIATION
**Add:** 12 Asafa Street, Ijebu-Ode

July 15th, 2022

Honourable Judge,
Benjamin Settle,
United State of America.

Dear Judge,

## HUMBLE PLEA ON BEHALF OF ABIDEMI GANIU RUFAI

I am writing on behalf of the Ijebu Youth Development Association. It is an association of over 200 groups spread across the 9 local government area of Ijebu for the development of our communities. Abidemi Rufai has been a good member of the association. He is a pillar of support to our numerous projects. He has been in forefront of the development of his community. He has contributed tremendously to the growth of the community.

He single handedly saw to the provision of portable water to Nigeria Prison at his hometown by providing a water borehole for the prison. Part of his contribution is the use of his influence as a government appointee to help in rural electrification of some communities that has been without electricity for decades.

We are saddened by his incarceration which is not a good reflection of who we are as a community development association. However, the period of incarceration has helped him to reflect on his past and has promised to turn a new leaf to leaf a new life of integrity and honesty.

We are soliciting for your leniency in his sentencing. He is a man with good heart and love for his community.

Thank you.

*[Signature]*
1·50722

## Nkebetabasi Rufai

*11 Omodayo OWotuga Street, Bera Estate off Chevron drive Lekki Epe Expressway*

Email: milleyzee@yahoo.co.uk Tel:08061799846

June 6, 2022

Hon. Benjamin Settle

Western District of Washington

Tacoma

Honourable Judge,

I am writing this letter on behalf of my husband Abidemi Rufai.

Abidemi Rufai and I met while in University (College) in 2007, through a mutual friend, because he is a compassionate, down to earth, simple to relate with, not just to me but everyone around him, makes him a likeable person, even if you have just met him, he will make you feel comfortable around him.

I have been a long-lasting companion of Abidemi for seven years before we decided we wanted to spend the rest of our lives together. We got married the year 2014, and we been married for Eight years, totalling 15 years since we met, and we are blessed with two lovely boys ages 5years old and 21 months old respectively

My husband is an amazing, loving, hands on, dotting and very present Dad to our kids, kind-hearted, shows empathy, always willing to help, sympathetic to what others may be going through especially our family and extended family, which is why his absence has hits us hard. Abidemi always makes sure the people around him are happy and puts a smile on people's faces and I am sure these attributes of his would have reflected on people around him in detention.

I am a stay-at-home mom and not working, my husband has always been our provider and I must sayYour Honor, things hasn't been going on well for us financially and emotionally for the kids and I, his mother, sister and extended family at large since his arrest.

He also owns a foundation where he has been providing for the widows, children without parents, handicapped etc have also been struggling as well throughout this period

Your Honor, I am fully aware of the gravity of his offence and the consequences involved, but I want to plead on his behalf even as a first-time offender, to have mercy on him. He made a mistake and from my interactions with him throughout this period, he has realized those mistakes and has sincerely regretted ever getting involved in the first place and has also taken responsibility for them by showing full corporation during the investigative process, has been forthcoming with his dealings with the court and has pleaded guilty by admitting to his wrong doings.

As humans, we all are susceptible to making bad decisions and choices, but we also have it within us the power to change and remedy things moving forward.

Your Honor, I also know that your obligation is to make sure justice is served, but I want to plead with you to consider my letter before passing your judgement. I appeal to you to take these few things into consideration and please be lenient with your judgement, so my husband won't have extended time there. My husband will strive to make sure such mistakes does not repeat itself and I am sure this experience will help shape him to be straight forward with his ways going forward.

Thank you.

Yours Faithfully

Nkebetabasi Rufai

Wife

# *Lola Rufai*

*11 Omodayo OWotuga Street, Bera Estate off Chevron drive Lekki Epe Expressway*

*Tel:08074246162*

June 6, 2022

Hon. Benjamin Settle

Western District of Washington

Tacoma

Honourable Judge,

My name is Lola Rufai and I am the mother of Abidemi Rufai.

Abidemi as I fondly call him has been a decent child to me and his siblings, extended family, friends, relatives right from childhood. This son of mine has been a source of joy to so many people in our community and beyond, always willing to help everybody.

After the passing of his DAD, as a child coming from a polygamous home in Africa, problems will certainly arise within the family. We had to leave and start up our lives elsewhere and this child has been so helpful, won't complain when we didn't have much, he was always so understanding since he was a young boy.

Later on, Abidemi had to start fending for himself, his siblings and myself and has been the one taking care of us ever since. His arrest has been devastating for me, his siblings and his own wife and kids, the extended family also his foundation is feeling his absence. I cannot move about much to provide for myself not to think of providing for his young kids and wife, because I have knee problems and in recent times developed high blood pressure as a result of my son's arrest.

I cannot afford to go for my routine check-ups, can't afford to buy my medications as he used to buy for me and my condition is turning for the worse.

Your Honour, Abidemi is a great son who consistently assumed the part of an amazing child in my life. I know that he will never let this repeat itself as I have spoken to him also about it, he will change and become an honest man with his ways and this will never happen again.

Your Honour, as he is the provider for our family, assuming he will be condemned to prison for quite a while, I will lose my main help and it will be undeniably challenging for me in this advanced age to provide for our family and the financial requirements of our family will disintegrate. It's been heartbreaking for me and my family all through thus period he has been away.

I am pleading with the Honourable Judge to please have mercy on my son and be lenient in your sentencing.

I also pray that God keeps me alive so that I can see my son again.

Thank you

Sincerely
Lola Rufai
Mother.

June 6, 2022

Hon. Benjamin Settle

Western District of Washington

Tacoma

Honorable Judge,

REQUEST FOR LENEINCY FOR MR ABIDEMI RUFAI

Your Honor, I am writing to plead for leniency in the sentencing of Mr Abidemi Rufai whom I have known since the year 2014 when he approached me to take my daughter's hand in marriage. I welcomed him being a gentleman with good prospects in life. He lives a humble life without issues with anyone as always ready to help anyway he can. His character endeared and encouraged me to give my daughters hand in marriage.

Since 2014, Abidemi has been a close member of my family, I realized that his simple and down to earth lifestyle is as a result of his upbringing earlier in life. He was brought up by his mother in the village by his mother after the death of his father.

When I learnt of his arrest, I was heartbroken and wondered how he could have involved himself in a criminal case like this, but I know in life people make mistakes and I feel very sorry for him because he had a bright future ahead of him because of how enthusiastic and diligent he is in everything he does. His absence as a part of us now has created a serious setback in my life and entire family.

Honestly speaking your Honor, this issue has been one of my biggest worry and challenge since his arrest, I worry about my daughter (his wife) and young kids 5 years and 1 year 9 months, how they are able to survive without him, being their sole provider. Personally, this has also taken a toll on my health as an older man. I have been battling high blood pressure and almost having a stroke.

Your Honor, I have been informed of the gravity of his offence. During this time, I have had an opportunity to speak with him briefly and I have observed how sorry he is to have been involved in this type of offence. I believe him and plead with you to show him mercy as we really need him back home to look after his wife and two kids.

Now that he has admitted his wrong-doing and regretted his lawlessness, he is ready to learn from his mistakes and I am sure he won't allow this to repeat itself in his lifetime.

Your Honor, if his days in jail were to be extended beyond the period he is in detention, it will be a colossal disaster to his wife, children, myself and his elderly mother who is battling high blood pressure as well and knee problems, the entire family as a whole in near future.

Thank you for your kind support to my in-law.

Your faithfully

Gabriel Obot

# Lance Hester

| | |
|---|---|
| **From:** | Temidayo Sokunbi <temidayosokunbi@gmail.com> |
| **Sent:** | Friday, June 3, 2022 1:05 PM |
| **To:** | Lance Hester |
| **Subject:** | Kindly check this out To whom it may concern?? |

**TO WHOM IT MAY CONCERN**

My name is Temidayo Sokunbi, I am a New Yorker and I've been part of New York State Mental worker for about 10years now. My office address is 45, Mall Drive, Commack New York.

Greetings to you Honorable Benjamin settle, I want to plead with you on behalf of Mr Abidemi Ganiu Rufai. He's somebody that I and my family have known for over a decade now. He is a loving great family man, someone that I can rely on anytime any day of my life both here and in Nigeria. When I heard about his situation and how he was arrested in New York JFK , I was demoralized and very down whole heartedly for months because I never expected such bad behavior from him. i am very sure that he has learnt his lessons, among all pears, i stood by him though it all. I beg God's name to please have mercy on him. He has surely learnt and has surely become a new man.

Yours Faithfully
Temidayo o Sokunbi

# Real Estate Merchant, Bidemi Rufai Launches Foundation For Indigent Students

In its aim at improving the quality of education of children and young people in the society especially Ijebuland, **Omo Mayodele Global Foundation** has distributed new set of educational materials worth millions of naira to over 500 primary school pupils and secondary school students in Ijebu area.

The Foundation also assisted in the payment of tuition fee of indigent students in **Ijebu North, Odogbolu and Ijebu North East local governments** of Ogun state.

This gesture according to the founder of the foundation, **Balogun Bidemi Rufai,** known in the social circle as **Ruphy** is the second phase of the programme aimed at enhancing the quality of education of indigent primary and secondary school students, as well as support them in reaching their economic potentials through qualitative education to university level.

He said **Omo Mayodele Global Foundation** was set up to enhance the quality of life of the people by supporting the initiatives that improve access to health, educational opportunity and human capital development.

"Our aim is to build communities and a nation where everyone from new born to aged have equal access to health care irrespective of social status; ensure the youth reach their economic potential through qualitative education for all to university level; alleviate the extreme poverty in our communities by provide portable water and encouraging education/empowerment of women." Balogun Bidemi Rufai added.

He said the foundation will always be readily available to compliment government efforts at building a better society through quality education for the entire citizenry.











