

SSG/ADM. 161 VOL. III/68

**August, 2020**

**Abidemi Ganiu Rufai**
23, Molina Express Way
Ijebu-Ode
Ogun State

## APPOINTMENT AS SENIOR SPECIAL ASSISTANT TO THE GOVERNOR

I am delighted to inform you of your appointment as Senior Special Assistant to the Governor.  The appointment takes effect from Thursday, 13th August, 2020.

The remuneration and benefits attached to this position are as stated in the extant Remuneration Package for Political, Public and Judicial Office Holders.

Please, accept my hearty congratulations on this well-deserved appointment and best wishes for a very successful and rewarding tenure of Office.

Kindly accept this offer in writing.

Very Sincerely Yours,



**Prince Dapo Abiodun,** MFR
GOVERNOR, OGUN STATE

P.M.B. 2058, Abeokuta, Ogun State, Nigeria.   Tel: +234 903 000 9894, +234 905 000 5100
Email: dapo.abiodun@ogunstate.gov.ng | www.ogunstate.gov.ng