The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-258RAJ |
| Plaintiff, | |
| v. | **DECLARATION OF SPECIAL AGENT ANDREA L. DESANTO** |
| ABIDEMI RUFAI, | |
| Defendant. | |

I, Andrea L. DeSanto, hereby declare as follows:

1.      I have served as a Special Agent with the Federal Bureau Investigation since 2006. I am the case agent principally responsible for this investigation. I am currently assigned to the Seattle Field Office.  My primary duties include investigating violations of federal law, including but not limited to, Title 18, United States Code, Sections 1343 (wire fraud), 1028A (aggravated identity Theft), 1956 (money laundering), 1957 (transactional money laundering), and conspiracy to commit these offenses.  I previously worked on the Cyber squad, where I primarily investigated computer intrusions and other cybercrimes.  My experience as an FBI agent includes the investigation of cases involving the use of computers and the Internet to commit crimes.

*United States v. Rufai*, CR21-5186BHS Declaration- 1

1   In addition to my experience with cybercrime investigations, I also have experience with

2   financial investigations.

3          2.      My investigation determined that defendant Abidemi Rufai was the

4   operator of an email account with the address sandytangy58@gmail.com. As charged in

5   the Indictment and admitted in the Plea Agreement in this matter, my investigation

6   established that Mr. Rufai used the sandytangy58@gmail.com email account to submit

7   fraudulent claims for unemployment benefits using the stolen identities of other persons.

8          3.      The United States Department of Labor Office of the Inspector General

9   (DOL-OIG) maintains a database known as the OIG Warehouse and Learning System

10  (OWLS). OWLS contains the data associated with the unemployment claims submitted to

11  each of the 54 State Workforce Agencies (SWAs) that administer federally-funded

12  unemployment programs. The OWLS database allows DOL-OIG to run searches and

13  retrieve claims data for individual claims based on a host of parameters. For example,

14  DOL-OIG can retrieve all claims nationwide that were filed using a certain email address

15  or that requested that benefits be deposited to a certain banks account. I have requested

16  data from the OWLS service dozens of times in my investigation and have found the data

17  to be accurate and reliable.

18         4.      On May 12, 2021, DOL-OIG prepared an OWLS analysis identifying all

19  claims filed using the email address sandytangy58@gmail.com. A true and correct copy

20  of the DOL-OIG memorandum summarizing this analysis is attached hereto as Exhibit A.

21  As reflected on Exhibit A, sandytangy58@gmail.com was used to file 136 claims, which

22  resulted in payments from three SWAs in the total amount of $357,951.

23         5.      I also discovered during the course of my investigation that Mr. Rufai used

24  other email accounts to submit fraudulent unemployment claims. I used four criteria to

25  identify other accounts used by Mr. Rufai.  First, I identified email accounts that were

26  linked by cookies with the sandytangy58@gmail.com account. If two accounts are linked

27  by cookies, this means that the same device (such as the same iPhone or iPad) was used

28  to access both accounts. In my training and experience, the fact that two accounts are

*United States v. Rufai*, CR21-5186BHS Declaration- 2

linked by cookies is very strong evidence that the accounts are operated by the same person, or perhaps a close friend or family member. I obtained a list from Google of email accounts linked by cookies to the sandytangy58@gmail.com account. I identified 34 different Gmail accounts that were linked to sandytangy58@gmail.com by cookies.

6.     Second, I identified email accounts that were accessed using an IP address that was also used to access sandytangy58@gmail.com. An internet protocol address, or "IP address," is a unique address assigned to a computer network or computer that communicates over the internet. If two email accounts are accessed using the same IP address at approximately the same time, this tends to show that the accounts are being used by the same person, or two people using the same network. In this case, I requested that DOL-OIG run an OWLS search to identify claims that were submitted using the same IP address used to submit a fraudulent sandytangy58@gmail.com claim.  OWLS identified 28 email accounts that were used to submit claims using the same IP address used to submit a sandytangy58@gmail.com claim.

7.     Third, I identified email addresses that were stored within the sandytangy58@gmail.com account, which I obtained through a search warrant. The sandytangy58@gmail.com account contained numerous lists of stolen personal identifying information (such as a person's name, date of birth, and Social Security number). Often those lists of information also included an email address, which was sometimes a variation of the sandytangy58@gmail.com address and sometimes a different email address.

8.     Finally, I identified email accounts that submitted claims using the same destination bank account as claims submitted using the sandytangy58@gmail.com. That is, I identified email accounts where the claimant requested that benefits be paid into a bank account that was also used to receive benefits for a fraudulent claim submitted using the sandytangy58@gmail.com account. To identify the accounts, I submitted to DOL-OIG a list of bank accounts into which the fraudulent sandytangy58@gmail.com claims had been deposited. I requested that DOL-OIG run an OWLS search to identify other

*United States v. Rufai*, CR21-5186BHS Declaration- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  claims that used these same bank accounts as destination accounts to receive benefit
2  payments. DOL-OIG provided me with the claims data for these claims, which included
3  the email accounts associated with the claims.  I identified 16 email accounts that
4  submitted claims using a common destination bank account with a
5  sandytangy58@gmail.claim.

6       9.     Based on the investigation described above, I generated list of email
7  accounts that met at least two of the following criteria:  (a) the accounts were linked by
8  cookies as discussed above on Paragraph 5; (b) the account shared a common IP address
9  with sandytangy58@gmail.com, as discussed in Paragraph 6; or (c) the account was
10 referenced in a document maintained in the sandytangy58@gmail.com email account, as
11 discussed in Paragraph 7. Because each of these three criteria standing alone is strongly
12 indicative that the account was operated by Rufai or a co-conspirator, I concluded that it
13 was reasonably certain that, if at least *two* criteria were satisfied, the account was
14 operated by Rufai or a co-conspirator. In addition, I added to this list the 16 accounts that
15 shared a common destination bank account with a fraudulent sandytangy58@gmail.com
16 claim. I believed that this criterion, standing on its own, was sufficient to establish that
17 the claim was filed by Rufai or a co-conspirator because the odds of two claims being
18 directed to the same account by coincidence are astronomically low. Exhibit B is a true
19 and correct copy of a list I prepared identifying the additional email accounts that I
20 believe, based on this analysis, were operated by Rufai or a co-conspirator.

21      10.    I then submitted the email accounts listed on Exhibit B to DOL-OIG. I
22 requested that DOL-OIG query the OWLS database for all fraudulent claims submitted
23 using these email accounts. A true and correct copy of the DOL-OIG memorandum
24 summarizing the results is attached as Exhibit C. As reflected in the report, the database
25 indicated that these email addresses were used to submit a total of 89 claims, resulting in
26 a total payout of $128,931.

27      I declare under penalty of perjury under the laws of the State of Washington that
28 the foregoing is true and correct.

*United States v. Rufai*, CR21-5186BHS Declaration- 4

1   Dated:  September 13, 2022.

2

3   _____

4   ANDREA L. DESANTO
    Special Agent, Federal Bureau of Investigation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# EXHIBIT A

U.S. Department of Labor

Office of Inspector General
Office of Investigations Labor Racketeering and Fraud
200 Constitution Avenue, Suite S - 5022
Washington, D.C.  20210



May 12, 2021

REPORT FOR:          Seth Wilkinson, Assistant United States Attorney

FROM:                      Timothy Eagle, Branch Chief of Data Science

CASE NAME:            Washington Pandemic UI & ID Theft

CASE NUMBER:       I209000022

# Unemployment Insurance Claim Email Analysis Report

## Overview & Request

On May 12, 2021, Assistant United States Attorney Seth Wilkinson (AUSA Wilkinson) requested various information about Unemployment Insurance (UI) Claims filed with the email address SANDYTANGY58@GMAIL.COM. Specifically, AUSA Wilkinson requested the number of claims filed with this email, the number of states, and the total amount of UI Benefits paid.

## Methodology

The OIG queried the OIG Warehouse and Learning System (OWLS) for all UI claims filed using the email address SANDYTANGY58@GMAIL.COM . The OIG then extracted relevant claims data and summarized to find the needed information.

## Data Analyzed

Pursuant to its subpoena authority under the Inspector General Act of 1978, as amended, the U.S. Department of Labor (DOL) Office of Inspector General (OIG) has obtained unemployment insurance (UI) claim and wage information from all 54 state workforce agencies (SWAs). Although SWAs administer their own separate UI benefit programs, they do so under a framework of federal regulations overseen by DOL. The OIG investigates fraud, waste, and abuse in DOL programs and operations, including federal-state UI programs.

Since 2020, the OIG has received from SWAs by subpoena and data sharing agreements certain data elements related to UI claims for regular and enhanced pandemic relief UI benefits. In general, the SWAs produced datasets to DOL-OIG through encrypted transfer, and OIG data scientists loaded datasets into the OIG's secure data warehouse.  In addition to bulk data transfers, certain SWAs equipped OIG special agents with direct read-only access to their UI claims processing portals to aid the SWAs with fraud detection

Once data is received, OIG loads the raw data into a read-only database, taking measures to ensure data remains consistent with SWA datasets.  If the OIG notices minor anomalies with the data, OIG data scientists contact the SWA to ensure receipt of complete data elements, and the

SWA retransmits their data if necessary.  DOL-OIG then processes and summarizes the SWA data to a claimant-level for each SWA and combines the data into a nation-wide UI database. OIG Data Scientists (OIG-DSs) and Special Agents (SAs) with a need-to-access the application are then able to access this data in a read only manner to do commonality testing on various fraud indicators, as well as cross match it against other data sets.  By accessing the information in read-only format, OIG prevents inadvertent errors and ensures the integrity of all SWAs' data. This activity furthers active investigations and it also generates new leads for OIG and its federal and state law enforcement partners.

## Analysis/Findings

The OIG found the following information:

| Filing State | Number of Claims | Total Benefits Paid |
|---|---|---|
| HI | 1 | |
| ME | 2 | |
| MI | 18 | $14,980.00 |
| MO | 1 | |
| MT | 2 | |
| NY | 4 | $2,208.00 |
| OH | 1 | |
| PA | 2 | |
| WA | 102 | $350,763.00 |
| WI | 1 | |
| WY | 2 | |
| Grand Total | 136 | $367,951.00 |

*Table 1 - UI Claims for SANDYTANGY58@gmail.com*

SANDYTANGY58@GMAIL.COM was used to file 136 claims in 11 different states.  This email address was only paid benefits in three states, Michigan, New York and Washington. It was determined this email received $367,951 in UI benefits. These claims filed between April 25, 2020 and October 3, 2020.

Please do not hesitate to contact us if you have any questions about this analysis.

Attachments:

- SANDYTANGY58_20210521.xlsx – Spreadsheets showing RAW claims data from OWLS and analysis pivot table
- Affidavit Language Excerpt – Language that can be used in affidavits and other documents to describe the UI data in DOL-OIG's possession.

# EXHIBIT B

U.S. Department of Labor        Office of Inspector General
                                Office of Investigations Labor Racketeering and Fraud
                                200 Constitution Avenue, Suite S - 5022
                                Washington, D.C.  20210



January 25, 2024

REPORT FOR:          David Yip

FROM:                Kathryn Bolton, Data Science Fellow

CASE NAME:           Washington Pandemic UI & ID Theft

CASE NUMBER:         I209000022

# Unemployment Insurance Claim Email Analysis Report

## Overview & Request

On January 13, 2022, Special Agent David Yip requested various information about Unemployment Insurance (UI) Claims filed with a given list of email addresses, and asked for a breakdown analysis of the resulting matches.

## Methodology

The OIG queried the OIG Warehouse and Learning System (OWLS) for all UI claims filed using any of the email addresses provided. The OIG then extracted relevant claims data and summarized to find the needed information.

## Data Analyzed

Pursuant to its subpoena authority under the Inspector General Act of 1978, as amended, the U.S. Department of Labor (DOL) Office of Inspector General (OIG) has obtained unemployment insurance (UI) claim and wage information from all 54 state workforce agencies (SWAs). Although SWAs administer their own separate UI benefit programs, they do so under a framework of federal regulations overseen by DOL. The OIG investigates fraud, waste, and abuse in DOL programs and operations, including federal-state UI programs.

Since 2020, the OIG has received from SWAs by subpoena and data sharing agreements certain data elements related to UI claims for regular and enhanced pandemic relief UI benefits. In general, the SWAs produced datasets to DOL-OIG through encrypted transfer, and OIG data scientists loaded datasets into the OIG's secure data warehouse.  In addition to bulk data transfers, certain SWAs equipped OIG special agents with direct read-only access to their UI claims processing portals to aid the SWAs with fraud detection

Once data is received, OIG loads the raw data into a read-only database, taking measures to ensure data remains consistent with SWA datasets.  If the OIG notices minor anomalies with the data, OIG data scientists contact the SWA to ensure receipt of complete data elements, and the SWA retransmits their data if necessary.  DOL-OIG then processes and summarizes the SWA

data to a claimant-level for each SWA and combines the data into a nation-wide UI database. OIG Data Scientists (OIG-DSs) and Special Agents (SAs) with a need-to-access the application are then able to access this data in a read only manner to do commonality testing on various fraud indicators, as well as cross match it against other data sets.  By accessing the information in read-only format, OIG prevents inadvertent errors and ensures the integrity of all SWAs' data. This activity furthers active investigations and it also generates new leads for OIG and its federal and state law enforcement partners.

## Analysis/Findings

The OIG found the following information, sorted by the benefit sum:

| Email | Count of claims | Sum of benefit paid |
|---|---|---|
| **RICKYGARYY7@GMAIL.COM** | **8** | **$          21,482** |
| MA | 1 | |
| MN | 2 | |
| NY | 4 | $          18,350 |
| RI | 1 | $            3,132 |
| **VABEH23048@AGILEKZ.COM** | **2** | **$            8,756** |
| AZ | 2 | $            8,756 |
| **RISSERSPOULTRY@BIRDLOVER.COM** | **1** | **$            8,420** |
| MI | 1 | $            8,420 |
| **TAXFORCPA@GMAIL.COM** | **2** | **$            8,205** |
| ME | 1 | $            8,205 |
| WA | 1 | |
| **LAURIBAIRD196@GMAIL.COM** | **1** | **$            7,696** |
| MI | 1 | $            7,696 |
| **STATEWORKER909@MAIL.COM** | **5** | **$            6,995** |
| MN | 4 | $            5,243 |
| NY | 1 | $            1,752 |
| **AMICKFARMS@BIRDLOVER.COM** | **1** | **$            6,560** |
| MI | 1 | $            6,560 |
| **NELSONFARRMSY@GMAIL.COM** | **3** | **$            6,560** |
| ME | 1 | |
| MI | 1 | $            6,560 |
| WA | 1 | |
| **SHAWNPERIO1980@HOTMAIL.COM** | **1** | **$            5,970** |
| AZ | 1 | $            5,970 |
| **CHARISMALEADER03@MAIL.COM** | **3** | **$            4,888** |
| MN | 2 | $            2,680 |
| NY | 1 | $            2,208 |
| **STATEWORKER90@MAIL.COM** | **3** | **$            4,639** |
| MN | 2 | $            2,431 |
| NY | 1 | $            2,208 |

| | | | |
|---|---|---|---|
| **COLEMANAGRIC16@GMAIL.COM** | **2** | **$** | **3,548** |
| MN | 1 | $ | 1,340 |
| NY | 1 | $ | 2,208 |
| **CENTURIONPOULTRY04@GMAIL.COM** | **1** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| **AGRICULTUREATLANTIC@GMAIL.COM** | **2** | **$** | **2,208** |
| MN | 1 | | |
| NY | 1 | $ | 2,208 |
| **BRAINMASSEY@MAIL.COM** | **5** | **$** | **2,208** |
| AZ | 1 | | |
| HI | 1 | | |
| MI | 1 | | |
| NY | 1 | $ | 2,208 |
| WV | 1 | | |
| **ZORNSPOULTRYFARMS@BIRDLOVER.COM** | **3** | **$** | **2,208** |
| AZ | 1 | | |
| MI | 1 | | |
| NY | 1 | $ | 2,208 |
| **GERBERSPOULTRY@GMAIL.COM** | **1** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| **OLIVERASSOCPA@GMAIL.COM** | **3** | **$** | **2,208** |
| MA | 1 | | |
| NY | 1 | $ | 2,208 |
| WA | 1 | | |
| **TENTHYLICENSEY@MAIL.COM** | **4** | **$** | **2,208** |
| AZ | 2 | | |
| MI | 1 | | |
| NY | 1 | $ | 2,208 |
| **REDSTATEWATE@MAIL.COM** | **1** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| **JEFFWATTERS900@MAIL.COM** | **1** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| **CB.KIRSCHNERR@GMAIL.COM** | **2** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| WA | 1 | | |
| **NINTHEYLICENSE@MAIL.COM** | **1** | **$** | **2,208** |
| NY | 1 | $ | 2,208 |
| **RSHEP2002@AOL.COM** | **3** | **$** | **2,163** |
| MN | 1 | $ | 1,273 |
| NY | 1 | $ | 890 |
| WI | 1 | | |

| | | | |
|---|---|---|---|
| **DOCTORSDUTY07@MAIL.COM** | **1** | **$** | **2,018** |
| NY | 1 | $ | 2,018 |
| **ROBOTOMASSEY@MAIL.COM** | **1** | **$** | **1,546** |
| NY | 1 | $ | 1,546 |
| **SENATESUNNEY@MAIL.COM** | **3** | **$** | **1,104** |
| MI | 1 | | |
| NY | 1 | $ | 1,104 |
| WV | 1 | | |
| **SWEDENCONSERVET@MAIL.COM** | **1** | **$** | **1,104** |
| NY | 1 | $ | 1,104 |
| **ROBOTOSUNNEY@MAIL.COM** | **4** | **$** | **1,104** |
| AZ | 1 | | |
| MI | 1 | | |
| NY | 1 | $ | 1,104 |
| WV | 1 | | |
| **WILLYCIEP@GMAIL.COM** | **1** | **$** | **1,104** |
| NY | 1 | $ | 1,104 |
| **WESLEYTHOMM@GMAIL.COM** | **1** | **$** | **782** |
| NY | 1 | $ | 782 |
| **NELSONSFAMILYFARMS@GMAIL.COM** | **1** | | |
| ME | 1 | | |
| **RMAIZEY09@GMAIL.COM** | **1** | | |
| AZ | 1 | | |
| **WATKINSPOULTRYMERCHANTS@BIRDLOVER.COM** | **1** | | |
| MI | 1 | | |
| **JCORINA817@GMAIL.COM** | **1** | | |
| AZ | 1 | | |
| **MARKLUTHY1969@GMAIL.COM** | **1** | | |
| AZ | 1 | | |
| **ANNEZLEMM@GMAIL.COM** | **2** | | |
| AZ | 1 | | |
| MI | 1 | | |
| **FIFTHLICENSEY@MAIL.COM** | **2** | | |
| AZ | 1 | | |
| MI | 1 | | |
| **VANCEB916@GMAIL.COM** | **1** | | |
| AZ | 1 | | |
| **JUMPERSUNNEY@MAIL.COM** | **2** | | |
| AZ | 1 | | |
| MI | 1 | | |
| **JESSICA140JOSEPH@GMAIL.COM** | **2** | | |

| | | | |
|---|---|---|---|
| CA | 1 | | |
| MA | 1 | | |
| **DALESDAU@MAIL.COM** | **1** | | |
| MT | 1 | | |
| **JOHNSANDYTANGY@GMAIL.COM** | **1** | | |
| WI | 1 | | |
| **ASHLEYKEMMEY@GMAIL.COM** | **1** | | |
| WI | 1 | | |
| **SIGMANLICENSE@MAIL.COM** | **1** | | |
| MI | 1 | | |
| **Grand Total** | **89** | **$** | **128,932** |

Please do not hesitate to contact us if you have any questions about this analysis.

Attachments:

- 22-168_UImatch_01.14.22.xlsx – Spreadsheets showing RAW claims data from OWLS and analysis pivot table

# EXHIBIT C

| | CLMNT_EMAIL | ACCOUNTS LINKED BY COOKIES TO SANDYTANG... | COMMON DESTINATION ACCOUNT | COMMON IP ADDRESS | REFERENCED IN SW RETURN |
|---|---|---|---|---|---|
| 1 | LAURIBAIRD196()GMAIL.COM | ✓ | | | |
| 2 | NELSONFARRMSY()GMAIL.COM | ✓ | | | |
| 3 | NELSONSFAMILYFARMS()GMAIL.COM | ✓ | | | |
| 4 | AGRICULTUREATLANTIC()GMAIL.COM | | | | |
| 5 | ANNEZLEMM()GMAIL.COM | ✓ | | | |
| 6 | MARKLUTHY1969()GMAIL.COM | ✓ | | | |
| 7 | RMAIZEY09()GMAIL.COM | ✓ | | | |
| 8 | TAXFORCPA()GMAIL.COM | ✓ | | | |
| 9 | VANCEB916()GMAIL.COM | ✓ | | | ------ |
| 10 | AMICKFARMS()BIRDLOVER.COM | ✓ | | | |
| 11 | RISSERSPOULTRY()BIRDLOVER.COM | ✓ | | | |
| 12 | ROBOTOMASSEY()MAIL.COM | ✓ | | | |
| 13 | ROBOTOSUNNEY()MAIL.COM | ✓ | | | |
| 14 | SENATESUNNEY()MAIL.COM | ✓ | | | |
| 15 | FIFTHLICENSEY()MAIL.COM | ✓ | | | ------ |
| 16 | BRAINMASSEY()MAIL.COM | ✓ | | | |
| 17 | CHARISMALEADER03()MAIL.COM | ✓ | | | |
| 18 | DOCTORSDUTY07()MAIL.COM | ✓ | | | |
| 19 | JEFFWATTERS900()MAIL.COM | ✓ | | | |
| 20 | JUMPERSUNNEY()MAIL.COM | ✓ | | | |
| 21 | NINTHEYLICENSE()MAIL.COM | ✓ | | | |
| 22 | REDSTATEWATE()MAIL.COM | ✓ | | | |
| 23 | RSHEP2002()AOL.COM | ✓ | | | |
| 24 | STATEWORKER90()MAIL.COM | ✓ | | | |
| 25 | STATEWORKER909()MAIL.COM | ✓ | | | |
| 26 | SWEDENCONSERVET()MAIL.COM | ✓ | | | |
| 27 | TENTHYLICENSEY()MAIL.COM | ✓ | | | |
| 28 | ZORNSPOULTRYFARMS()BIRDLOVER.COM | ✓ | | | |
| 29 | BRAINHEAYLEY()MAIL.COM | | ✓ | | ------ |
| 30 | JKONNEY02()MAIL.COM | | ✓ | | ------ |
| 31 | JWATTERRY()MAIL.COM | | ✓ | | ------ |
| 32 | WATKINSPOULTRYMERCHANTS()BIRDLOVER.COM | | ✓ | | ------ |
| 33 | DALESDAU()MAIL.COM | | ✓ | | ------ |
| 34 | JCORINA817()GMAIL.COM | | ✓ | | ------ |
| 35 | JESSICA140JOSEPH()GMAIL.COM | | ✓ | | ------ |
| 36 | RICKYGARY7()GMAIL.COM | | ✓ | | ------ |
| 37 | SHAWNPERIO1980()HOTMAIL.COM | | ✓ | | ------ |
| 38 | SIGMANLICENSE()MAIL.COM | | ✓ | | ------ |
| 39 | VABEH23048()AGILEKZ.COM | | ✓ | | ------ |
| 40 | amanda.grist()ommsco.co.uk | ✓ | | | ✓ |
| 41 | ashleykemmey()gmail.com | ✓ | | | ✓ |
| 42 | cb.kirschnerr()gmail.com | ✓ | | | ✓ |
| 43 | centurionpoultry04()gmail.com | ✓ | | | ✓ |
| 44 | colemanagric16()gmail.com | ✓ | | | ✓ |
| 45 | dfredrichey()gmail.com | ✓ | | | ✓ |
| 46 | gerberspoultry()gmail.com | ✓ | | | ✓ |
| 47 | hannah.starling()blakeeturner.com | ✓ | | | ------ |
| 48 | jackiesulich75()gmail.com | ✓ | | | ✓ |
| 49 | janebruehlss()gmail.com | ✓ | | | ✓ |
| 50 | johnsandytangy()gmail.com | ✓ | | | ✓ |
| 51 | jralphy009()gmail.com | ✓ | | | ✓ |
| 52 | kauffmanfarms258()gmail.com | ✓ | | | ✓ |
| 53 | kbailley909()gmail.com | ✓ | | | ✓ |
| 54 | kdunney90()gmail.com | ✓ | | | ------ |
| 55 | lauribaird1960()gmail.com | ✓ | | | ------ |
| 56 | mwasshey98()gmail.com | ✓ | | | ✓ |
| 57 | oliverassocpa()gmail.com | ✓ | | | ✓ |
| 58 | rhammany89()gmail.com | ✓ | | | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| 59 | richard.green()ommsco.co.uk | | | | |
| 60 | stboggman()gmail.com | | | | |
| 61 | tkiernnan()gmail.com | | | | |
| 62 | wesleythomm()gmail.com | | | | |
| 63 | willowtreepoultryfarm()gmail.com | | | | |
| 64 | willyciep()gmail.com | | | | |