RC 907400



# CORPORATE AFFAIRS COMMISSION
### FEDERAL REPUBLIC OF NIGERIA

## Certificate of Incorporation

*I hereby certify that*

**OMO MAYODELE GLOBAL INVESTMENT LTD**

*is this day incorporated under the* **COMPANIES AND ALLIED MATTERS ACT 1990** *and that the Company is Limited By Shares.*

*Given under my hand at Abuja this Nineteenth day of August, 2010*



BELLO MAHMUD

370915

Registrar - General

CERTIFICATE NO. RC:

# THE FEDERAL REPUBLIC OF NIGERIA

## COMPANIES AND ALLIED MATTERS ACT, 1990

# PRIVATE LIMITED COMPANY

---

MEMORANDUM

AND

ARTICLES OF ASSOCIATION

OF

# OMO MAYODELE GLOBAL INVESTMENT LTD.



Incorporated .................... day of ............................ 2010

# THE FEDERAL REPUBLIC OF NIGERIA
# COMPANIES AND ALLIED MATTERS ACTS 1990

## COMPANY LIMITED BY SHARES
## MEMORANDUM OF ASSOCIATION
## OF

### OMO MAYODELE GLOBAL INVESTMENT LTD.

The name of the company is OMO MAYODELE GLOBAL INVESTMENT LTD.

26. The registered Office of the company is situate in Nigeria

27. The objects for which the company is established are:

   a) To carry on the business as building merchants and to carry on the business of developing, constructing, maintaining of housing projects, offices complexes, warehouses, roads, bridges, tarmacs and all kinds of buildings and carry on business as building and development contractors and to import, export, warehouse, distribute, retail, sell and supply all kinds of building materials, furniture and fixtures.

   b) To carry on the business of general merchants, traders, suppliers, importers, stores, storekeepers, removers, packers, distributors, manufacturers, manufacturers' representatives, commission, and general agents, investors, franchisors, carriers, ship-owners; and or in any other capacity and dealers in, and to buy, prepare, manufacture, render marketable, sell, barter, exchange, pledge, charge, make advances on and otherwise deal in or with turn to account by wholesale or retail goods, general merchandise and other commodities of all kinds and description.

   c) To carry on the business of importing, exporting, assembling, packaging, repairs, refurbishment, servicing, operating, leasing, distribution, marketing and managing of trailers, tankers, articulated vehicles, vehicles, automobiles, machinery, plants,

      electronic and electronic appliances, equipments, appliances and products of all kinds

    d) To carry on business as company promoters, concessionaires, merchants, commission agents, investigation, loan, and/or agency, commercial and trading operations, syndicate, participation, tender, purchase, exchange or otherwise and to guarantee the subscription therefore.

    e) To do all such other things as may be considered to be incidental or conducive to the attainment of the above objects or any of them.

28. The company is Private [✓] Public [ ] Company

29. The liability of the members is limited by shares.

30. The share capital of the company is ₦ 1,000,000.00.

Divided into 1,000,000 Ordinary share of ₦ 1.00 each.

*[Certified True Copy stamp: Corporate Affairs Commission, 24 AUG 2010, with signature]*

We, the several persons whose names and addresses are subscribed, are desirous of being formed into a company in pursuance of this Memorandum of Association and we respectively agree to take the number of shares in the Capital of the Company set opposite our respective names.

| S/N | Names, Addresses & Description of Subscribers | No. Of Shares Taken By Each Subscriber | Signature |
|---|---|---|---|
| 1. | **RUFAI ABIDEMI GANIU** <br><br> Molipa Express, Ijebu Ode, Ogun State | 900,000.00 | |
| 2. | **MRS LOLA RUFAI** <br><br> Molipa Express, Ijebu Ode, Ogun State | 100,000.00 | |
|  | **TOTAL NUMBER OF SHARES TAKEN** | 1,000,000.00 | |

DATED this 25TH Day of JULY 2010

THE WITHIN INSTRUMENT IS IN THE OPINION OF THE COMMISSIONER OF STAMP DUTIES CHARGEABLE WITH A DUTY OF............ AND THE DUTY THEREON HAS BEEN ASSESSED ACCORDINGLY.
COMMISSIONER OF STAMP DUTIES

Witness to above Signatures:-

Name: TOSHO SULEIMAN

Address:

Occupation: LEGAL PRACTITIONER

Corporate Affairs Commission
Certified True Copy
24 AUG 2010

Corporate Affairs Commission
VERIFICATION
17 AUG 2010

# THE FEDERAL REPUBLIC OF NIGERIA
## COMPANIES AND ALLIED MATTERS ACTS 1990

## COMPANY LIMITED BY SHARES

## ARTICLES OF ASSOCIATION

## OF

## OMO MAYODELE GLOBAL INVESTMENT LTD.

### (PURUSANT TO SECTIONS 33 AND 34 OF THE COMPANIES AND ALLIED MATTERS ACT NO. 1, 1990)

The form and content of the Articles of Association of this company is in accordance with;

- Part I (Public Company Limited by Shares)   ☐
- Part II (Private Company Limited by shares)   ✓
- Part III (Unlimited Company)   ☐

Respectively of Table "A" in schedule 1 of this Act, with additions, omissions or alteration as may be required in the circumstances.

| S/N | Names, Addresses & Description of Subscribers | Signature |
|---|---|---|
| 1. | **RUFAI ABIDEMI GANIU**<br><br>Molipa Express, Ijebu Ode, Ogun State | |
| 2. | **MRS LOLA RUFAI**<br><br>Molipa Express, Ijebu Ode, Ogun State | |

**DATED 25TH DAY OF JULY 2010**

Witness to above Signatures:-

Name: TOSHO SULEIMAN

Address:

Occupation: LEGAL PRACTITIONER



# CORPORATE AFFAIRS COMMISSION

(Established Under the Companies and Allied Matters Act 1, 1990)
PLOT 565, NDOLA SQUARE WUSE, ZONE 5, ABUJA.

**FORM CAC 7**

## PARTICULARS OF DIRECTORS OR ANY CHANGE THEREOF
Pursuant to Section 292(4)

*[Stamp: Corporate Affairs Commission VERIFICATION 17 AUG 2010]*
*[Stamp: 001]*
*[Stamp: Certified True Copy 24 AUG 2010]*

**RC.NO.**

**NAME OF COMPANY:** OMO MAYODELE GLOBAL INVESTMENT LTD

**PARTICULARS OF DIRECTORS**

**1.**

| Field | Value |
|---|---|
| Surname: | RUFAI |
| Other Names: | ABIDEMI GANIU |
| Nationality | NIGERIA |
| Age: | ADULT Years |
| Residential Address (in case of a corporation the registered or principal office) | MOLIPA EXPRESS, IJEBU ODE, OGUN STATE |
| City: | IJEBU ODE |
| State: | OGUN STATE |
| Remarks: | APPOINTED: ✓   RE-APPOINTED:   RESIGNED:   REMOVED: |

I consent to be a Director of the Company

Signature: *[signed]*   Date: 2ND AUGUST 2010

**2.**

| Field | Value |
|---|---|
| Surname: | RUFAI |
| Other Names: | LOLA (MRS) |
| Nationality | NIGERIA |
| Age: | ADULT Years |
| Residential Address (in case of a corporation the registered or principal office) | EXPRESS, IJEBU ODE, OGUN STATE |
| City: | IJEBU ODE |
| State: | OGUN STATE |
| Remarks: | APPOINTED: ✓   RE-APPOINTED:   RESIGNED:   REMOVED: |

I consent to be a Director of the Company

Signature: *[signed]*   Date: 2ND AUGUST 2010

**3.**

| Field | Value |
|---|---|
| Surname: | |
| Other Names: | |
| Nationality | |
| Age: | Years |
| Residential Address (in case of a corporation the registered or principal office) | |
| City: | |
| State: | |
| Remarks: | APPOINTED:   RE-APPOINTED:   RESIGNED:   REMOVED: |

I consent to be a Director of the Company

Signature: _____   Date: _____

4.

| Surname: | | | | | |
|---|---|---|---|---|---|
| Other Names: | | | | | |
| Nationality | | | Age: | | Years |
| Residential Address (in case of a corporation the registered or principal office) | | | | | |
| | City: | | State: | | |
| Remarks: | APPOINTED: | RE-APPOINTED: | RESIGNED: | REMOVED: | |

I consent to be a Director of the Company

Signature_____  Date:_____

5.

| Surname: | | | | | |
|---|---|---|---|---|---|
| Other Names: | | | | | |
| Nationality | | | Age: | | Years |
| Residential Address (in case of a corporation the registered or principal office) | | | | | |
| | City: | | State: | | |
| Remarks: | APPOINTED: | RE-APPOINTED: | RESIGNED: | REMOVED: | |

I consent to be a Director of the Company

Signature_____  Date:_____

Note:
"Directors include any person who occupies the position of a director by whatsoever name called. A body corporate should be represented by a natural person, this should be indicated. The name of the body corporate should be written in space provided for surname while the name of the natural person is given in the spaces provided for other names. The nationality and the residential address and signature of the natural person is thereafter provided in the space required"

Dated ___2ND___ day of ___AUGUST___ 200_10_

_____                    _____
            Director                                        Director

Note:
If the space provided in the forms is insufficient, particulars of other Director should be listed on the particulars of Directors continuation sheet attached to this form.

Presented for filling by:

| NAME: | EZEJEMY OKEYMAN | ACCR. NO. | NBA/ND/17170 |
|---|---|---|---|
| ADDRESS: | 35, ... OGUN ST ... VICTORIA ISLAND, LAGOS | E-MAIL: | ezejemyowo@yahoo.com |
| TELEPHONE NO. | 08037892801 | DATE: | 2ND AUGUST 2010 |

**IMPORTANT**

All names of Directors should be provided in full. Abbreviation or initials are not acceptable

# CORPORATE AFFAIRS COMMISSION
(Established Under The Companies And Allied Matters Act 1990)

Plot 420 Tigris Crescent Off Aguiyi Ironsi Street Maitama
P.M.B. 198 Garki Abuja - Nigeria Tel: 09-5241046-50

**FORM CAC 2**

## STATEMENT OF SHARE CAPITAL AND RETURN OF ALLOTMENT OF SHARES
Pursuant to section 35(2)(d) & 129

| RC NO. | |
|---|---|
| NAME OF COMPANY | OMO RAYODELE GLOBAL INVESTMENT LTD |

### A. STATEMENT OF SHARE CAPITAL

THE NOMINAL SHARE CAPITAL OF THE ABOVE NAMED COMPANY IS:

| ONE MILLION | N 1,000,000 |
|---|---|
| AMOUNT IN WORDS | |

DIVIDED INTO  1,000,000  OF N  1.00  EACH

### B. RETURN OF ALLOTMENT OF SHARES

| Number of shares allotted payable in cash: | 1,000,000 |
|---|---|
| Nominal amount of shares so allotted: | 1,000,000 |
| Amount paid or due and payable on each share: | ₦1.00 |
| Number of shares allotted for consideration other than | ✓ |
| Amount to be treaded as paid on each such share: | ✓ |
| The consideration for which such shares have been allotted is as follows: | ✓ |

Dated this  2ND  day of  AUGUST  2010

_____
Director

**Corporate Affairs Commission**
**VERIFICATION**
**17 AUG 2010**
Name...........
Sign...........

| NAME AND ADDRESS OF SHAREHOLDERS | | | No. of shares allotted | Type of shares |
|---|---|---|---|---|
| 1. | | | | |
| Name: | RUFAI ADEBAYO YANIU | | 900,000 | ORDINARY SHARES |
| Address: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| | MOLIPA EXPRESS, IJEBU ODE, OGUN STATE | | | |
| City: | | State: | | |
| 2. | | | | |
| Name: | RUFAI LOLA (MRS) | | 100,000 | ORDINARY SHARES |
| Address: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| | MOLIPA EXPRESS, IJEBU ODE, OGUN STATE | | | |
| City: | | State: | | |
| 3. | | | | |
| Name: | | | | |
| Address: | | | | |
| | | | | |
| City: | | State: | | |
| 4. | | | | |
| Name: | | | | |
| Address: | | | | |
| | | | | |
| City: | | State: | | |
| 5. | | | | |
| Name: | | | | |
| Address: | | | | |
| | | | | |
| City: | | State: | | |
| 6. | | | | |
| Name: | | | | |
| Address: | | | | |
| | | | | |
| City: | | State: | | |

*Certified True Copy – Corporate Affairs Commission – 24 AUG 2010*

SIGNATURE: [signature] (Director)

Presented for filling by:

| NAME: | EZE JEREMIAH (DENNY) | ACCR. NO. | AS/AN/1170 |
|---|---|---|---|
| ADDRESS: | 35 JOSE ADEOGUN ST, UTAKO ABJ | E-MAIL: | ezejerry2000@...com |
| TELEPHONE NO: | 08037892801 | DATE: | 2nd August 2010 |