# OMO MAYODELE GLOBAL INVESTMENT LIMITED RC 907400

March 25th, 2020

The Branch Manager,

Guaranty Trust Bank Plc

Dear Sir/Ma,

### LETTER OF RE-ACTIVATION OF MY COMPANY ACCOUNT

I would like to re-activate my company account with your bank which is currently dormant.

| | |
|---|---|
| Account Name: | **OMO MAYODELE GLOBAL INVESTMENT LIMITED** |
| Account Number: | ▮▮▮▮▮5690 |

Also kindly move said account to Gbemiga Obasa for proper handling.

Kindly ensure this is done as soon as possible.

Thanks.

Yours sincerely,

**ABIDEMI RUFAI**  
*Director*

**LOLA RUFAI**  
*Director*

*Address: Plot 697 Shomiide Odunirin Street, Omole Phase II, Ojodu-Ikeja, Lagos.*  
*Mobile Number: 09098742698*