File Number: SE-A3268435

Task ID: 1347774

<u>Participants</u>:
    Abidemi Rufai
    Alaba LNU
    Idowu LNU
    Dayo LNU
    Gbemi LNU
    Apopo LNU

<u>Abbreviations:</u>
| | |
|---|---|
| PDP | People's Democratic Party |
| APC | All Progressive Party |
| UM | Unknown Male |
| LNU | Last Name Unknown |

**83912053_May_25_2021_08_21_00_AM_**▇▇▇

Inmate says his name is Rufai Abidemi and exchange greetings with ALABA who Abidemi refers to as his brother. Abidemi asks if ALABA is in New York and ALABA says no he is in Atlanta. Abidemi asks if ALABA has spoken to his attorney and ALABA says yes he spoke to the attorney yesterday. Abidemi asks if the plan for today is to bail him out, and ALABA says they found a woman who agreed to do it. Abidemi says yes they were together in the court last week when the judge granted it but that they have to wait for appeal or not from Washington State prosecutor. ALABA says well it turned out that Nigerians at home started harassing the family including the husband, to the extent that the mother in-law got fainted. ALABA says pressure on the husband from family members in Nigeria is too much and the woman is considering to withdraw. ALABA says there is somebody he is trying to persuade to do it and actually it was the person that initiated the move but ALABA says he has been calling the person since yesterday and has not picked his calls. ALABA says the story is everywhere and more so that Abidemi was active in social media made it worse. ALABA says the PDP politically weaponized it against the governor, calling him yahoo governor and insisting that the governor must resign. ALABA says even though he is not in the social media, somebody who called himself TO AFRICA got his name and email in LinkedIn and published it. Abidemi asks if the woman has withdrew, and ALABA says the attorney wants to do a control withdrawal, because it seems they did her background checking to Nigeria. ALABA says this is part of the attorney's strategies and he does not want to divulge it, and Abidemi says he can understand. ALABA says ▇▇▇ is the attorney's number. Abidemi says so they have attacked the governor and ALABA says yes they did. ALABA says according to Dayo that the woman has only been to Nigeria once but Nigerians mounted pressure on her husband. Abidemi asks if her husband is in New York or Nigeria and ALABA says her husband is in New York. ALABA says the United States press has a working relationship with the legal system such that they can publish court proceedings. ALABA says Nigeria news organizations copied the US publications and used it as

their news. Abidemi asks if ALABA has AYO'S number, so that ALABA can tell Ayo to remove all Abidemi's photo in the social media. ALABA says he will call Dayo and let him know that Abidemi want Ayo to deactivate his social media account. ALABA says Dayo did a lot and that Abidemi should be grateful to him. Abidemi says whoever ALABA can get and for any amount he will pay the money, because the money is available and ALABA says that is not a problem. ALABA says it is the Nigerian harassment that is scary to them. ALABA says they will use part of the money for hearing and consultancy, therefore it must be somebody that has huge amount that can drop it, and Abidemi says they will save it for security purpose.

**83912053_May_26_2021_17_25_03_PM_**

Abidemi tells UM who he refers to as Dayo that he has been trying to get in touch with Dayo. Dayo says a lot is happening and Abidemi asks if the woman withdrew. Dayo says yes and that her husband's background has some issues. Dayo says ALABA is discussing with somebody about it, and that whatever said on this platform is on record. Dayo says he is on his way to pick his children from school and Abidemi says Dayo has to park and write on paper some of the things which he wants him to urgently do for him. Dayo says he get calls from a lot of people every day including Abidemi's wife. Abidemi says Dayo should tell the attorney to schedule a zoom meeting with him because he need to talk with the attorney. Abidemi asks Dayo to give him Idowu's number and Dayo gives                         . Abidemi says Dayo should call APOPO and BUNMI, tell them to instruct TAOFIK MEBUDE and DAMILOLA KESHINRO that everything in their custody should be transferred to APOPO. Abidemi says he cannot say everything on this phone. Abidemi says he has two million naira with YOMI KANKANFO and tell him to send the money to Millia (PH), and again tell APOPO to pass the information to YOMI KANKANFO to send the money to Millia. Abidemi says Dayo should tell APOPO to reach out to the guys and let them know that he need 100,000 to 150,000 for the attorneys. Abidemi asks if AJIBOLA is back from London and asks about LADE too. Dayo says he do talk to LADE and that they were all together. Abidemi says he does not pray for trouble but if it happened, it will have a multiplier effect on everybody. Abidemi says AJIBOLA should discuss with his mother so that they can use that place as collateral. Abidemi says it is like Abidemi used his mother's name for that place. Abidemi says his brother told him yesterday that the attorney has the strategies he wants to use which he would not want to say over the phone. Abidemi says OLAOLU is OLUMIDE'S friend and that he has some stuff in OLAOLU'S care and should make arrangement to transfer it to APOPO as well. Dayo says the bail is set, only that they just need somebody whose background is impeccable, and Abidemi says his brother told him that the woman's husband has tainted background. Abidemi asks if APOPO and others are in support and Dayo says yes that he talk to APOPO, TUNDE and BUNMI every day. Abidemi asks if ABDUL has called Dayo and Dayo says not yet. Abidemi says he is really concern about Millia and that he want her to have enough money in her care. Dayo says he sent one million naira to Millia this morning.

**83912053_May_27_2021_10_05_01_AM_**

Dayo gives ▓▓▓ as IDOWU'S number. Dayo says APOPO told him that some of the Abidemi's guys paid money into Abidemi's jail account. Abidemi says his inmate number is 8-3-9-1-2-0-5-3, name is Rufai Abidemi, and Dayo can as well give the number to AJIBOLA and LADE. ==Abidemi says they should relocate his vehicles in Nigeria to another place and Dayo says that has been done immediately.== Dayo gives ▓▓▓ as the WhatsApp number to reach APOPO. GBEMI gives her number as ▓▓▓. Dayo says they have discussed everything with him, but the guy said online access to account is the problem, and Abidemi says he has it on his mobile phone. ==Abidemi in conference call with APOPO says TAOFIK and DAMI has the letterhead of company's account, and should pretend to be Abidemi, writing to the bank requesting to transfer the money in their account to APOPO.== Abidemi says TAOFIK should be able to replicate his signature which is not difficult. Abidemi says TAOFIK was the person that helped him to open the company's account, during that period when TAOFIK was disturbing him and APOPO. Abidemi says TAOFIK was the person that created the letterhead and sent it to him. Abidemi says it maybe at home if Millia can search for it. Abidemi says ID transferred some money to TAOFIK, the proceeds from the car ID sold on behalf of Abidemi. ==Abidemi says if he can regain his freedom next week, they will give him the ceased electronics and he can transfer everything himself to APOPO.== Dayo says Michael Brew is the attorney's name.

**83912053_May_27_2021_12_12_30_PM_▓▓▓**

Abidemi says he was told that there is no bond hearing in Washington State, and that it is at the judge's discretion to either grant bail or not. ALABA says for now the attorney has performed brilliantly, and Abidemi asks for the worst case scenario. ALABA says the worst case scenario is not good because right now they are dealing with the Washington State and they are alleging that other states are involved too. ALABA says those progressive and open minded judges are better than those judges that are close minded and are biased towards the Black. ALABA says Abidemi can regain his freedom if there is any Nigerian that has strong ties, like housing, here in the United States and is ready to be the bail bondsman. ALABA says the uproar about the arrest in Nigeria is having some impacts on those that would have be the bail bondsman. ALABA says until now he was a reserved and private person but his name and everything about him was exposed because of this issue, to the extent that his name appeared in both Nigeria and the US newspapers. Abidemi says they must have attacked the governor, and ALABA says they are calling him yahoo governor. ALABA says his reelection would have been in trouble if not that he belongs to the APC the ruling party. Abidemi says this would not have any significant effect on him, after one week, the noise would be over. Abidemi and ALABA talks about Ogun State politics and that the governor must have discarded Abidemi and move on with his administration and the reelection campaign. ALABA asks if Abidemi is able to talk to his wife and Abidemi says his wife has Nigeria number, but he will tell her to download the application that will give her US number so that he can call her directly on her phone. Abidemi says he gave some business money to his wife and his friend too has transferred about three million naira to her.

**83912053_May_28_2021_08_46_36_AM_**

IDOWU asks if he can be the bail bondsman and Abidemi tells him to ask Dayo for the requirements. Abidemi says he knows that IDOWU would not be able to discuss such with his in-law. IDOWU asks how the jail is, and Abidemi says it is federal prison and all he can say is that everybody is careful. IDOWU says once he is able to talk to the attorney and allowed to be the bail bondsman, then he can bring Abidemi to his house to live there. Abidemi says ALABA supposed to be the bail bondsman but it seems as if ALABA has something that is preventing him. Abidemi says ALABA said he has some financial problems and as such could not pay the three hundred thousand dollars that was initially requested. Abidemi says later they found a woman who wanted to be the bail bondsman but was harassed and attacked in the social media. IDOWU says Abidemi should only be speaking Ijebu dialect. ==Abidemi says IDOWU should remind Dayo to follow up with those money transfers from TAOFIK and DAMI to APOPO.== IDOWU says they would start monitoring him now and that was the reason why ALABA is avoiding it too.