| Message Time | Message Subject | Message Body |
|---|---|---|
| Mon, 06 Jul 2020 08:53:43(PT) | | Hi Abidemi…We tried processing your credit card…. Unfortunately it was declined |
| Mon, 06 Jul 2020 08:53:54(PT) | | This is Henri from Mercedes Benz Paramus New Jersey |
| Mon, 06 Jul 2020 09:34:30(PT) | | On the phone with Citibank. Give me a moment |
| Mon, 06 Jul 2020 09:34:51(PT) | | Ok |
| Mon, 06 Jul 2020 14:04:54(PT) | | Hi Abidemi … any news ? |
| Mon, 06 Jul 2020 14:07:06(PT) | | See you Wednesday |
| Tue, 07 Jul 2020 10:02:49(PT) | | Hi Henry pls call me |
| Tue, 07 Jul 2020 12:31:08(PT) | | 1293E7F10191072623 |
| Tue, 07 Jul 2020 12:31:40(PT) | | Thank you Abidemi |
| Tue, 07 Jul 2020 12:42:45(PT) | | That's ups tracking thanks Henri |
| Tue, 07 Jul 2020 12:46:05(PT) | | 👍 |
| Wed, 08 Jul 2020 07:01:17(PT) | | The Ups delivered. Did you get it. Someone called Nicole signed for it |
| Wed, 08 Jul 2020 07:01:47(PT) | | 🙂 |
| Wed, 08 Jul 2020 07:01:56(PT) | | 🙂 |
| Wed, 08 Jul 2020 07:02:09(PT) | | 🙂 |
| Wed, 08 Jul 2020 07:02:09(PT) | | Just received it two minutes ago |
| Wed, 08 Jul 2020 07:02:27(PT) | | Great thanks Henri. Kindly email me the balance and invoice |
| Mon, 13 Jul 2020 22:43:20(PT) | | 🙂 |
| Tue, 14 Jul 2020 06:09:28(PT) | | Good morning Abidemi… I hope you are well … when are you going to pick up the G 63 ? Thanks Henri |
| Tue, 14 Jul 2020 06:13:05(PT) | | Good morning am looking hopefully this week. Will get back to on the balance in few days |
| Tue, 14 Jul 2020 06:13:47(PT) | | Ok .. Please keep me posted…. Thank you |
| Wed, 15 Jul 2020 07:04:58(PT) | | Hello Henri. Are you in the office today ? |
| Wed, 15 Jul 2020 07:05:52(PT) | | Yes Abidemi.. I am here today |
| Wed, 15 Jul 2020 07:06:10(PT) | | Okay will see u today |
| Wed, 15 Jul 2020 07:07:49(PT) | | What time about please |
| Wed, 15 Jul 2020 07:08:10(PT) | | By 12 or 1pm |
| Wed, 15 Jul 2020 07:10:44(PT) | | Ok |
| Wed, 15 Jul 2020 13:41:31(PT) | | Henri check your email for the Bill of Ladin |
| Wed, 15 Jul 2020 13:41:58(PT) | | Ok thanks |
| Thu, 16 Jul 2020 09:16:14(PT) | | Good afternoon Henri did you see the shipper yet ? |
| Thu, 16 Jul 2020 09:16:35(PT) | | No |
| Fri, 17 Jul 2020 10:45:33(PT) | | Hello Henri kindly let me know when the shipper pick the car up. Thanks |
| Fri, 17 Jul 2020 11:48:24(PT) | | Truck is picked up by shipper |
| Fri, 17 Jul 2020 11:56:04(PT) | | Thanks nice doing business with you Henri. Thanks once again |
| Fri, 17 Jul 2020 11:56:49(PT) | | You're very welcome |
| Fri, 17 Jul 2020 14:19:11(PT) | | My accounting department tells me that we are short $600 on your transaction…. We only collected $71,020 when we should've collected $71,620 please advise. Thank you |
| Fri, 17 Jul 2020 14:19:55(PT) | | That's not possible Henri |
| Fri, 17 Jul 2020 14:20:25(PT) | | 🙂 |
| Fri, 17 Jul 2020 14:20:31(PT) | | This is a check for $21620 |
| Fri, 17 Jul 2020 14:20:55(PT) | | 🙂 |
| Fri, 17 Jul 2020 14:21:02(PT) | | This is another check for $300000 |
| Fri, 17 Jul 2020 14:22:00(PT) | | 🙂 |
| Fri, 17 Jul 2020 14:22:00(PT) | | This is another for $10000 |
| Fri, 17 Jul 2020 14:22:08(PT) | | And I paid $10000 cash |

**From:** info@best4shippingny.com
**Subject:** Invoice no: I0715202085E235
**Date:** Aug 20, 2020 at 4:20:43 PM
**To:** abidemirufai@aol.com

Dear Abidemi Rufai,

Please be adviced your "Automobile 2013 Mercedes-Benz G63 (#WDCYC7DF2DX209510)" has sailed aboard the vessel "MSC IMMACOLATA".

The draft bill of lading will be forwarded to you in the subsequent email. You can use this document to begin the clearing process.

Estimated Time of Arrival: Sep 04, 2020

CLICK HERE TO VIEW YOUR INVOICE: [Download invoice](Download invoice)