UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |

Participants:

| | |
|---|---|
| Abidemi Rufai | Abidemi |
| Jackson Last Name Unknown | Jakco |
| Jibola Last Name Unknown | Jibola |
| Lasisi Last Name Unknown | Lasisi |
| Apopo Last Name Unknown | Apopo |
| Chinyere Last Name Unknown | Chinyere |
| Dehinde Last Name Unknown | Dehinde |
| Unknown Male | UM |
| Unknown Female | UF |
| Puli Last Name Unknown | Puli |

Abbreviations:

| | |
|---|---|
| Exegesis | [ ] |
| Translator's Note | TN: |
| Phonetic | PH |

| | |
|---|---|
| **Session Number:** | 01 of 22 |
| **File Name:** | 83912053_Dec_13_2021_06_44_41_AM_ |
| **Date, Time:** | 12/13/2021, 06:44:41 |
| **Duration:** | 00:07:46 |

Abidemi speaks with Jackson and Jibola. Abidemi tells Jibola to give Ronke the money. Jibola tells Abidemi that Ronke just sent her account number not too long ago, adding that he will send the money in an hour. Abidemi tells Jackson that he grabbed the phone from them this morning and told them that he wants to call Nigeria. Abidemi asks about Keshinro. Abidemi asks about his unmarried Igbo girlfriend who Jackson tells Abidemi is now married. Abidemi asks if Jibola attended the chieftaincy party of Lekan Osifeso, adding that the chieftaincy is a traditional one that involves some rituals, but Abidemi says he is sure that Lekan will modernize the rituals.

[end of call]

| | |
|---|---|
| **Session Number:** | 02 of 22 |
| **File Name:** | 83912053_Dec_16_2021_14_26_14_PM_ |
| **Date, Time:** | 12/16/2021, 14:26:14 |
| **Duration:** | 00:10:08 |

Jackson tells Abidemi that he is in Ibadan with Jide, Tayo and Apostle for a party, adding that Apopo is also in Ibadan. Jackson tells Abidemi that Jibola is expected to be credited with some money today. Abidemi tells Jackson to remind Jibola to credit money to Ronke as previously discussed. Jackson connects Abidemi with Lasisi. Lasisi tells Abidemi that he is in touch with William. Abidemi tells Lasisi and Jackson the event leading to his arrest. Abidemi says that it started when he was on his way to Jibola, and the police followed him. Abidemi tells both

UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |

Jackson and Lasisi that, he told the police that he was off to see his friend travelling to Nigeria, adding that he had been followed since then, but he never paid attention.

Abidemi, Lasisi and Jackson share opinion about the presidential ambition of Asiwaju Bola Ahmed Tinubu as the president of Nigeria in 2023. Abidemi tells his friends that he is doing well except for the fact that he is not free, adding that his case is not a big deal but it was overblown because Abidemi is into politics, adding that the money involved in his case is so little, and does not know why he is being compared with the likes of Hushpuppi.

[end of call]

| | |
|---|---|
| **Session Number:** | 03 of 22 |
| **File Name:** | 83912053_Dec_20_2021_13_22_24_PM_ |
| **Date, Time:** | 12/20/2021, 13:22:24 |
| **Duration:** | 00:08:59 |

Jacko tells Abidemi that Jibola will not be going out today because while he was out for socials yesterday, Jibola's alcoholic consumption shot up his blood pressure. Olamide tells Jacko to add Dehinde to the call. Abidemi asks Dehinde if he is in touch with Williams's son. Dehinde tells Abidemi that Williams' son got his Green Card and was in Nigeria in August for the funeral of his mother-in-law. Abidemi asks if Kunle, Williams's brother, has returned to Yanki. Abidemi says he visited Kunle in Yanki, and Kunle told Abidemi that he would be travelling to Nigeria, and will be in Nigeria for about two months. Abidemi is connected to UM, who he refers to as neighbor. Abidemi tells Jacko that the people that wrote things on the wall will erase it with their hands adding that the thing has been in his hands for more than eight years. Abidemi tells Jacko to have Bobo do that thing because Abidemi wants to use it for something, adding that Abidemi is not rushing Bobo, but Bobo should keep it in mind. Abidemi asks for Jacko's current girlfriend, UF, Jacko's girlfriend speaks with Abidemi.

[end of call]

| | |
|---|---|
| **Session Number:** | 04 of 22 |
| **File Name:** | 83912053_Dec_24_2021_20_03_44_PM_ |
| **Date, Time:** | 12/24/2021, 20:03:44 |
| **Duration:** | 00:03:35 |

Abidemi tells UM that he misses his friends, and recalls how they all had good time this time last year.

[end of call]

| | |
|---|---|
| **Session Number:** | 05 of 22 |
| **File Name:** | 83912053_Dec_28_2021_09_56_14_AM_ |
| **Date, Time:** | 12/28/2021, 09:56:14 |

UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |
| **Duration:** | 00:04:33 |

Abidemi tells Jackson to get Jessica's number for him from a guy married to Awujales's daughter, and drives a Range Rover. Abidemi says he does not want the guy to know what is going on. Abidemi tells Jackson that he is aware that Jibola is broke, but Abidemi has told his wife to spend money wisely. Abidemi tells Jackson to give his regard to Jibola and, happy birthday to Fagbemi on Abidemi's behalf.

[end of call]

| | |
|---|---|
| **Session Number:** | 06 of 22 |
| **File Name:** | 83912053_Dec_29_2021_15_24_19_PM_ |
| **Date, Time:** | 12/29/2021, 15:24:19 |
| **Duration:** | 00:02:09 |

Jackson tells Abidemi that he was at the person's office but the person was on break, adding that he will check again tomorrow. Abidemi tells Jackson that he will call again tomorrow.

[end of call]

| | |
|---|---|
| **Session Number:** | 07 of 22 |
| **File Name:** | 83912053_Dec_30_2021_11_43_11_AM |
| **Date, Time:** | 12/30/2021, 11:43:11 |
| **Duration:** | 00:02:45 |

Abidemi tells Jackson that Jibola does not answer his calls. Jackson tells Abidemi that Jibola is hospitalized. Jackson tells Abidemi that he saw the lady in her office but could not talk to her, adding that he will go back tomorrow to exchange $300 he got from Jide, as that will afford him opportunity to have conversation with the lady.

[end of call]

| | |
|---|---|
| **Session Number:** | 08 of 22 |
| **File Name:** | 83912053_Jan_01_2022_13_47_32_PM_0 |
| **Date, Time:** | 01/01/2022, 13:47:32 |
| **Duration:** | 00:03:00 |

Abidemi tells Jacko to connect him with Jibola. Jibola did not answer the call.

[end of call]

| | |
|---|---|
| **Session Number:** | 09 of 22 |
| **File Name:** | 83912053_Jan_08_2022_09_01_04_AM_0 |

3
UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |

| | |
|---|---|
| **Date, Time:** | 01/08/2022, 09:01:04 |
| **Duration:** | 00:08:42 |

Jackson tells Abidemi that the lady Abidemi told him to trace to the bank has been transferred to another branch, but he got Chinyere's number from Uloma who works in the same office. Jacko tells Abidemi that he called Chinyere and told her that Jacko is from Rufai. Abidemi tells Jackson that the lady's name is Jessica and not Chinyere. Jackson gives her number, 3-1-6-8-3-4-8-6-3-7-0 to Abidemi. Jackson calls Chinyere and connects her with Abidemi. Chinyere tells Abidemi that she is not Jessica. Abidemi tells Chinyere that he is Jessica's friend calling from America, adding that Chinyere should call Jessica to get her consent to give Jessica's number to Jackson for Rufai.
Jackson tells Abidemi that Jibola is with Lamco [PH], adding that Jackson will go to HMO whose 50th birthday is today.

[end of call]

| | |
|---|---|
| **Session Number:** | 10 of 22 |
| **File Name:** | 83912053_Jan_10_2022_09_43_35_AM_ |
| **Date, Time:** | 01/10/2022, 09:43:35 |
| **Duration:** | 00:10:21 |

Jackson connects Abidemi with Jibola. Abidemi tells Jibola that he understands that Jibola was hospitalized for high blood pressure from drinking excess champagne in December. Jackson gives Abidemi Jessica's number                                . Abidemi says Jessica would have been aware of his case by now, and she will be eager to talk to Abidemi. Abidemi tells Jackson to convey to Jessica that Abidemi is in New York. Abidemi tells Jacko that, Apopo is having sexual affairs with Abidemi's girlfriends because of his absence. Abidemi says that in spite of the fact that he is incarcerated, a popular musician in Nigeria, Ayinde, sang Abidemi's praises while Apopo was at the party. Abidemi tells his friend to enjoy life, adding that when he returns, they will all continue to enjoy life.
Abidemi tells Jackson and Jibola that he is working with his lawyer to get released this year, adding that all the people he had conversation with, told Abidemi that his case is minor. Abidemi narrates a fight that occurred in jail yesterday to his friends, adding that he did not join in the fight because he conducts himself in a respectful manner in jail, and other inmates respects him too. Abidemi tells Jacko that when co-inmates tells him that all Nigerians are thieves, to provoke him, he just ignores them because Abidemi does not want to be involved in any fight that could affect his record.

[end of call]

| | |
|---|---|
| **Session Number:** | 11 of 22 |
| **File Name:** | 50279086_Feb_16_2022_13_03_29_PM_ |
| **Date, Time:** | 02/16/2022, 03:03:29 |

UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |

**Duration:** 00:03:12

Abidemi tells Jackson that the jail has been on lock down, a day after he spoke with Jackson due to killings in Texas jail and Covid. Jackson tells Abidemi that he called Ronke Keshinro, but no answer. Jackson tells Abidemi to make his call to Jackson more frequent.

[end of call]

| | |
|---|---|
| **Session Number:** | 12 of 22 |
| **File Name:** | 83912053_Mar_05_2022_15_22_04_PM_▇ |
| **Date, Time:** | 03/05/2022, 15:22:04 |
| **Duration:** | 00:02:23 |

Abidemi asks Jackson to connect him with Rasheed, Jackson tells Abidemi that he had called Rasheed twice earlier on, but Rasheed did not answer.

[end of call]

| | |
|---|---|
| **Session Number:** | 13 of 22 |
| **File Name:** | 50279086_Mar_08_2022_15_22_00_PM_▇ |
| **Date, Time:** | 03/08/2022, 15:22:00 |
| **Duration:** | 00:02:42 |

Jackson tells Abidemi that Rasheed is not in Nigeria, but Rasheed's Nigerian number is still functional. Jackson tells Abidemi that Bisiriyu is doing well.
[end of call]

| | |
|---|---|
| **Session Number:** | 14 of 22 |
| **File Name:** | 83912053_Mar_15_2022_12_55_24_PM_▇ |
| **Date, Time:** | 03/15/2022, 12:55:24 |
| **Duration:** | 00:08:20 |

Abidemi speaks with a co-inmate in the background about soccer. Jackson tells Abidemi that Apopo and Jibola are travelling to Turkey tomorrow. Jackson connect Abidemi with Apopo. Abidemi tells Apopo that he reads Nigerian news, and he is very current with situation in Nigeria. Abidemi tells his friends that he is in Washington State.

| | |
|---|---|
| **Session Number:** | 15 of 22 |
| **File Name:** | 50279086_Mar_15_2022_14_36_09_PM_▇ |
| **Date, Time:** | 03/15/2022, 14:36:09 |
| **Duration:** | 00:02:15 |

5
UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| File Number: | SE-3268435 |
| Task ID: | 1509052 |
| Name of Audio File: | Abidemi Rufai - Jail calls |

Automated preamble. Abidemi says hello several times.

[end of call]

| | |
|---|---|
| **Session Number:** | **16 of 22** |
| **File Name:** | **50279086_Mar_15_2022_18_29_37_PM_** |
| **Date, Time:** | **03/15/2022, 18:29:37** |
| **Duration:** | **00:05:48** |

Abidemi tells Jackson that he could not talk when they had conversation the other time, so Abidemi asked somebody else to call Jackson, adding that this call, is not on Abidemi's account. Abidemi tells Jackson to tell Apopo not to go, adding that Apopo and Jibola are supposed to travel tomorrow. Abidemi says he has sent a message to Apopo through Ronke. Abidemi tells Jackson that when the affidavit was received, Apopo's name was mentioned. Jackson said Apopo is going to Turkey for tiles, Abidemi tells Jackson that Apopo is safe in Turkey because America cannot have anybody extradited from Turkey, like they could, if it were London.

[end of call]

| | |
|---|---|
| **Session Number:** | 17 of 22 |
| **File Name:** | 83912053_May_27_2022_19_58_41_PM_ |
| **Date, Time:** | 05/27/2022, 19:58:41 |
| **Duration:** | 00:02:45 |

Jackson tells Abidemi that the exchange rate of the Naira to Dollar is 605 to $1. Jackson tells Abidemi that Bisiriyu is away in London for checkup. Abidemi and Jackson updates about politics in Nigeria.

[end of call]

| | |
|---|---|
| **Session Number:** | 18 of 22 |
| **File Name:** | 83912053_Jun_04_2022_18_16_39_PM_ |
| **Date, Time:** | 06/04/2022, 18:16:39 |
| **Duration:** | 00:07:16 |

Abidemi and Jackson updates about Nigerian politics. Jackson tells Abidemi that Abidemi's former boss, Governor Dapo Abiodun of Ogun state, disrespects Asiwaju Bola Tinubu the Presidential Candidate of All Progressive Congress, APC, in Nigeria, even though Asiwaju was instrumental to Abiodun's election as governor of Ogun state, in spite of all odds against Aboidun's candidacy.

[end of call]