# BBC NEWS PIDGIN

Home | Nigeria | Africa | World | Video | Sport | Entertainment | Most popular

# Abidemi Rufai: Ogun state Dapo Abiodun government react as FBI arrest aide for alleged wire fraud of more dan $350,000

18 May 2021



ABIDEMI RUFAI/FACEBOOK

Ogun state government don react to tori say di Federal Bureau of Investigation for Seattle, USA arrest di govnor aide, Abidemi Rufai on top accuse of wire fraud for im plan to tiff over $350,000 wey be unemployment benefits from di Washington State Employment Security Department.

Di Chief Press Secretary to di state govnor Kunle Somorin confam di reaction of di state goment to di arrest of Mr Abidemi Rafiu, goment tell BBC say, "make di law take im course and make Rafiu answer di charges against am."

Di CPS add say Ogun state goment don order di immediate suspension of Rufai.

Dis one dey come as di Acting U.S. Attorney Tessa M. Gorman wey announce di arrest say Abidemi Rufai don make im first appearance on Saturday May 15, 2021 for New York.

E dey scheduled for a detention hearing on Wednesday, 18 May.

- FBI don arrest Nigerians ontop yahoo-yahoo

- See how Dubai catch Ramoni Igbalode AKA "Hushpuppi"

# How FBI take arrest Abidemi Rufai?

Acting U.S. Attorney Gorman say dem gbab Rufai for Friday evening for di JFK Airport for New York on top criminal complaint wey link am wit wire fraud of over $350,000 in unemployment benefits from di Washington State Employment Security Department.

Goman tok say since di first fraud report come dia office for April 2020, dem begin dey work wit one federal law enforcement team to track down di criminals wey tiff di money goment arrange for pandemic relief.

# Who be Abidemi Rufai?

Di FBI report say e be Nigerian citizen wey dey also go by di nickname Sandy Tang.

Now, Ogun state goment don also confam say e be aide to Govnor Dapo Abiodun.

Di criminal complaint claim say Rufai tiff di identities of more dan 100 Washington residents to file fake claims wit ESD to get pandemic-related unemployment benefits.

FBI also accuse Rufai say e allegedly file fraudulent unemployment claims wit Hawaii, Wyoming, Massachusetts, Montana, New York, and Pennsylvania.

Dem also accuse Rufai say e allegedly use different single e-mail address to defraud ESD in a manner wey fraud systems no go detect am. By using dis method, Rufai make am appear like say each claim na from different email account.

Dem accuse am say e do am in a way wey be say money from di mago-mago go dey paid into online payment accounts like 'Green Dot' accounts, or e go dey wired to bank accounts wey dey controlled by "money mules."

Dem also accuse am say e go later mail some of di money to Jamaica, New York address of Rufai relative. Law enforcement sure say more dan $288,000 dey deposited into one American bank account wey dem accuse Rufai say e control between March and August 2020.

# Wetin be di punishment for Wire fraud?

Pesin wey court find guilty of Wire fraud fit gbab up to thirty years in prison wen e relate to benefits wey dem pay in connection wit a presidentially-declared disaster or emergency, like COVID-19 pandemic.

Di charges for di complaint na still allegations.

Federal Bureau of Investigation na im torchlight di Washington Employment Security Department case wit assistance from di Department of Labor Office of Inspector General (DOL-OIG).

Social Security Office of Inspector General, U.S. Secret Service, di United States Postal Inspection Service, and di Internal Revenue Service Criminal Investigations also dey epp wit di investigation.

Di Washington Employment Security Department dey cooperate wit di investigation.

**Topics Wey Dem Resemble**

Nigeria    America

## Another thing we de for inside dis tori



**Saudi reopen international flight: See Saudi Arabia COVID-19 travel guidelines and countries dem place on travel ban**
17th May 2021



**Kaduna strike: NLC Ayuba Wabba reply as Governor Nasir El-Rufai tweet say im dey wanted for economic sabotage sake of workers strike**
18th May 2021



**Miss Universe 2021: Miss Mexico Andrew Meza win plus oda correct photos**
17th May 2021

## Top Tori

**Who attend di Queen funeral - and who no go?**
6 hours wey don pass

## Informate me



**William and Kate join Harry and Meghan to greet well-wishers**
10th September 2022



**'E pain me to hear lies about my sister wey Chinese boyfriend allegedly kill'**
19th September 2022



Police drag man to court over Queen coffin incident
18th September 2022

## De one we dem de read well well

**1**  **NDLEA bust cocaine warehouse, seize N193billion worth of crack for Lagos**

**2**  **'E pain me to hear lies about my sister wey Chinese boyfriend allegedly kill'**

**3**  **Who attend di Queen funeral - and who no go?**

**4**  **From swans to London streets -Di Queen inheritance for King Charles III**

**5**  **'Police parade me as armed robber and threaten to shoot me if I no accept'**

**6**  **End of di road for Nigeria billionaire kidnapper**
De one we dem update for: 26th February 2022

**7**  **Tips on how you fit link your pikin mobile device to your own**
De one we dem update for: 21st April 2022

**8**  **Convicted Nigeria actor Baba Ijesha go know fate on bail today**

**9**  **How Arsenal win carry dem to di top of Premier League**

**10**  **King Charles III: A life in pictures**

# BBC NEWS PIDGIN

**Why you fit trust BBC News**

| How dem dey take use am | Privacy Policy | Call BBC |
| As e concern BBC | Cookies | AdChoices / Do Not Sell My Info |

© 2022 BBC. De external site no concern BBC. **De way wey we de take go external link.**