UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-5186 BHS |
| Plaintiff, | ORDER |
| v. | |
| ABIDEMI RUFAI, et al., | |
| Defendants. | |

THIS MATTER is before the Court on defendant Abidemi Rufai's motion for an extension of time to file a reply for his motion to reduce his sentence, Dkt. 64. The Court **GRANTS** his motion for an extension of 30 days. The motion noting date for his Motion to Reduce his Sentence, Dkt. 59, is reset to Wednesday, February 28, 2024.

**IT IS SO ORDERED**.

Dated this 25th day of January, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1