JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABIDEMI RUFAI,<br>a/k/a Sandy Tong<br><br>Defendant. | NO. CR21-5186BHS<br><br>ORDER RE DEFENDANT'S MOTION RE: PASSPORT RELEASE |

BEFORE THIS COURT is an unopposed motion for the Eastern District of New York Pretrial Services to release Mr. Rufai's Nigerian passport to Mr. Rufai's case manager at FCI Fort Dix;

Having considered the filings related to this issue, argument, and upon exercising the Court's discretion, it is hereby

ORDERED, ADJUDGED AND DECREED that defendant's motion be and the same is hereby granted. It is further

\\\

\\\

Order Re Passport Release - 1

**HESTER LAW GROUP, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED, ADJUDGED AND DECREED that the Court hereby orders the Eastern District of New York Pretrial Services to release Mr. Rufai's Nigerian passport to Mr. Rufai's case manager at FCI Fort Dix.

IT IS SO ORDERED.

DATED this 21st day of October 2024.

_____
JUDGE BENJAMIN H. SETTLE

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

*/s/ Lance M. Hester*
LANCE M. HESTER
WSB #27813

## CERTIFICATE OF SERVICE

Kristine Triboulet, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the plaintiff and co-defendants, if any, and hereby certify that I have mailed the document by U.S. Postal Service to Rufai Abidemi, defendant.

Signed at Tacoma, Washington this 17th day of October 2024.

           /s/ Kristine Triboulet  
Kristine Triboulet

Order Re Passport Release - 3

HESTER LAW GROUP, INC., P.S.  
1008 SOUTH YAKIMA AVENUE, SUITE 302  
TACOMA, WASHINGTON  98405  
(253) 272-2157